# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Benton Williams, Jr.,

    Plaintiff,

        v.                        Case No.   1:23cv513

Santander Consumer USA Inc., et al.

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 11, 2024 (Doc. 21).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 21) have been filed and the time to do so has expired. Accordingly, it is **ORDERED** that the R&R (Doc. 21) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendants' motion to compel arbitration (Doc. 14) is **GRANTED** and this case is **DISMISSED** without prejudice from the docket of this Court. Plaintiff's motion for summary judgment (Doc. 18) is **DENIED as moot**.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*

                                        Michael R. Barrett, Judge
                                        United States District Court